No. 93–6865.  PEREZ *v.* UNITED STATES; and
No. 93–6897.  HUBBARD *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 93–6881.  ALVAREZ *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 93–6882.  BAILEY *v.* OHIO.  Ct. App. Ohio, Montgomery County.  Certiorari denied.

No. 93–6889.  SMITH *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 93–6891.  BACHMAN *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 93–6899.  RUIZ MEJIA *v.* UNITED STATES; and
No. 93–7229.  BAUTISTA *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 93–6912.  GALTIERI *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 93–6946.  LIGHTLE ET UX. *v.* FARMERS STATE BANK. C. A. 7th Cir.  Certiorari denied.

No. 93–6957.  BARNETT ET AL. *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 93–6968.  WATROBA *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 93–6982.  TODD *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–6987.  STEEN *v.* CENTRAL QUALITY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 93–6988.  WILKERSON *v.* KAISER, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 93–6991.  JEFFERS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 93–7001.  KLUTNICK *v.* GIGANTI.  C. A. 7th Cir.  Certiorari denied.